Lara R. Shapiro (SBN 227194)
4344 Promenade Way, Unit 207
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351
Shapiro.lara@gmail.com

Attorney for Defendant, APM Investments, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo, Jr.,**<br><br>    Plaintiff,<br><br>v.<br><br>**APM Investments, LLC, a California Limited Liability Company; Jintana Noochla,** and Does 1-10<br><br>    Defendants. | CASE NO. 2:17-cv-03922-AB-FFM<br><br>DEFENDANT APM INVESTMENTS, LLC'S OBJECTION TO THE SUMMARY JUDGMENT MOTION AND DECLARATION OF LARA SHAPIRO [Rule 56(d); L.R. 6-1, 7-3, 7-9]<br><br>Motion Service Date: September 14, 2018<br>Hearing Date Noticed: September 19, 2018 |

<u>OBJECTION TO THE SUMMARY JUDGMENT MOTION FILED BY PLAINTIFF</u>

PURSUANT TO RULE 56(d) of the Federal Rules of Civil Procedure, Defendant APM INVESTMENTS, LLC, through its undersigned counsel of record, objects to and opposes the motion for summary judgment filed by Plaintiff Rafael Arroyo, Jr. as set forth herein:

(1)   <u>Insufficient Notice and No Opportunity to Oppose</u>: The motion for summary judgment filed as document number 37 in this action [was filed and electronically served on September 14,

2018 at 4:23 PM] is set for hearing pursuant to the electronic notice, on September 19, 2018, providing less than five days notice to parties to oppose prior to the September 19, 2018 hearing date;

(2) <u>Facts Made Unavailable to Non-movant</u>: The motion should be denied pursuant to Fed. Rules of Civ. Proc. Rule 56(d), which provides:

When Facts Are Unavailable to the Non-movant. If a non-movant shows by affidavit or declaration that, for specified reasons, it cannot present facts essential to justify its opposition, the court may: (1) defer considering the motion or deny it; (2) allow time to obtain affidavits or declarations or to take discovery; or (3) issue any other appropriate order.

(3) <u>Motion Violates Notice Requirement of Local Rules</u>: The motion violates Local Rule 6-1, by failing to provide twenty-eight days notice of motion is filed and served electronically, or thirty-one days before the hearing date, if served by mail.

(4) <u>Failure to Meet and Confer</u>: The motion violates Local Rule 7-3, in failing to comply with the meet and confer requirements of counsels contemplating a motion. No meet and confer between counsel was conducted prior to the filing of this motion.

(5) <u>Motion Violates Minimum Time Provided to Non-movant for Filing Opposition</u>: The motion which provides for less than five days of notice prior to hearing, prevents non-movant from complying with Local Rule 7-9 which requires an opposition to be filed no less than ten days after service of the motion.

The aforementioned objections are supported by the declaration of Lara Shapiro attached to and incorporated to this objection document.

Dated: September 17, 2018        LARA SHAPIRO
                                 By: ___/s/_Lara Shapiro_____
                                    Lara Shapiro, Attorney for APM Investments LLC

Case No. 2:17-cv-03922-AB-FFM    DEFENDANT APM INVESTMENTS LLC'S OBJECTION TO THE MOTION
FOR SUMMARY JUDGMENT AND DECLARATION OF LARA SHAPIRO

## DECLARATION OF LARA SHAPIRO

I, LARA SHAPIRO, declare as follows:

1. I am familiar with the facts contained herein and if called upon to testify I could and would competently testify thereto.

2. I am counsel of record for Defendant APM INVESTMENTS, LLC in this action.

3. The motion for summary judgment [filed as document 37 in this action] was filed and electronically served on September 14, 2018, at 4:23 PM and per the electronic notice is set for hearing on September 19, 2018, providing less than five days notice to parties to oppose the hearing. Because the document was served at the end of the day on Friday, the motion has not been fully reviewed or the electronic notice, until the date of this objection after I had returned from court in downtown Los Angeles.

4. There is insufficient time provided by the motion to investigate the facts set forth in the evidentiary declarations of the moving papers, specifically the expert witness declaration of Janis Kent [Doc. 37-11], and Declaration of Evens Louis [Doc. 37-9].

5. There is insufficient time to review the authorities cited in support of the motion, and insufficient time to identify counter-authorities for opposition.

6. There was no meet and confer between counsel as required by Local Rule prior to filing and service of the motion, and I was unaware of Plaintiff's intent to file this motion.

7. I did contact Plaintiff's counsel to request early exchange of expert witness reports or a stipulation to permit the filing of an MSJ after the exchange of expert witness reports, I made the request for the first time via e-mail July 17, 2018. A true and correct copy of the July 17, 2018 e-mail is attached hereto as Exhibit "A."

8. Having heard nothing in response to my July 17, 2018 e-mail, I sent another e-mail on August 14, 2018, and followed up on August 16, 2018. A true and correct copy of this e-mail thread is attached hereto as Exhibit "B."

9. On August 24, 2018 I spoke with Elliott Montgomery about the dates of the expert witness disclosure and MSJ dates. I wished to have the expert witness report in time so that I might file an MSJ and was contemplating filing a MSJ. Mr. Montgomery said that the expert report had items not included in the Complaint and that Plaintiff's time to amend the Complaint had passed and they would not be seeking to add these claims. I suggested a Stipulation to extend the deadlines for both parties. Mr. Montgomery said perhaps we might file a Stipulation as contemplated by Judge Birotte, Jr. to extend the deadline for filing a MSJ, but that his colleague Sara would be the person with whom I would need to discuss this issue. Mr. Montgomery did mention to me that we would have to meet and confer prior to filing any motion for summary judgment and therefore agreed that the expert reports should be exchanged in time for that meet and confer, which would have to be done by September 7, 2018. A true and correct copy of this e-mail is attached hereto as Exhibit "C."

10. On Tuesday September 4, 2018 I had a telephone call with Sara Gunderson and she declined to enter into a Stipulation to extend the deadline for filing MSJ but agreed to send me the expert report early so that no continuance of dates would be necessary. However, she did not send me the expert report early. The deadline for expert witness disclosure was September 7, 2018. The deadline for filing MSJ was September 14, 2018 and the expert report was provided to me on September 7, 2018. A true and correct copy of this e-mail thread is attached hereto as Exhibit "D."

11. At no point during my telephone call with Sara Gunderson did she indicate that Plaintiff was contemplating filing a motion for summary judgment. If I had been told that Plaintiff was contemplating filing the instant motion for summary judgment, I would have insisted on early disclosure of the expert report, or I would have filed a motion to extend the deadline for filing a motion for summary judgment. Having heard nothing at all from Plaintiff's counsel about filing a motion for summary judgment, I did not file anything to extend my client's time to file a motion for summary judgment. I relied on Mr. Montgomery's recitation of the rule regarding meet and confer prior to motion for summary judgment as an admission of knowledge of the requirement of the meet and confer and because no such meet and confer was had by the time of the expert witness disclosure, and the expert witness disclosure was not early, I did not pursue any extension of time as I determined I would not file a motion for summary judgment.

12. Any opposition filed would be less than the 10 days provided to non-movant parties to file and serve papers in opposition and deprives opponent of opportunity to oppose.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 17th day of September 2018.

                                         */s/ Lara Shapiro*
                                         Lara Shapiro SBN 227194

EXHIBIT "A"

EXHIBIT "A"



Lara Shapiro <shapiro.lara@gmail.com>

## Arroyo v APM and Langer v TC Investment
1 message

**Lara Shapiro** <shapiro.lara@gmail.com>  Tue, Jul 17, 2018 at 11:40 AM
To: Wesley Cwiklo <wesleyc@potterhandy.com>, Phyl Grace <phylg@potterhandy.com>, Tanpreet Pannu <tanpreetp@potterhandy.com>

Dear Counsel,

Please send me copies of the reports made by Janis Kent on June 6 and 7th respectively in cases Arroyo v APM and Langer v TC.

Thank you.

Lara Shapiro

--
Lara Shapiro, Attorney At Law
4344 Promenade # 207
Marina del Rey, CA 90292
Tel: (310) 577-0870

CONFIDENTIALITY:Transmission may be subject to Attorney-Client Privilege, an
attorney work product, or strictly confidential. If you are not the intended
recipient of this message, you may not disclose, print, copy or disseminate
this information.

EXHIBIT "B"

EXHIBIT "B"



Lara Shapiro <shapiro.lara@gmail.com>

## Re: Arroyo v. APM
1 message

**Lara Shapiro** <shapiro.lara@gmail.com>  Thu, Aug 16, 2018 at 6:35 PM
To: Phyl Grace <phylg@potterhandy.com>
Cc: Wesley Cwiklo <wesleyc@potterhandy.com>, Tanpreet Pannu <tanpreetp@potterhandy.com>, Elliott Montgomery <elliottm@potterhandy.com>

I have not heard from Elliott, and if I don't have something from him tomorrow I will send formal requests.

On Tue, Aug 14, 2018 at 9:51 AM, Phyl Grace <phylg@potterhandy.com> wrote:

> Wes and Tanpreet are not attorneys.  I am directing your email to Elliott Montgomery who can work with you on this issue.
>
>
> **From:** Lara Shapiro [mailto:shapiro.lara@gmail.com]
> **Sent:** Tuesday, August 14, 2018 9:41 AM
> **To:** Wesley Cwiklo ; Phyl Grace ; Tanpreet Pannu
> **Subject:** Arroyo v. APM
>
>
> Wesley, Phyl and Tanpreet,
>
>
> Despite your ongoing duty to provide evidence, you have ignored my request for the reports by Janis Kent.
>
>
> I will propound formal discovery if you will insist on that formality.
>
>
> Please advise today if you will voluntarily comply with your ongoing duties to supplement discovery responses or if you will require my sending additional formal discovery.
>
>
> Sincerely,
>
>
> Lara Shapiro
>
>
> --
>
> Lara Shapiro, Attorney At Law
> 4344 Promenade # 207
> Marina del Rey, CA 90292
> Tel: (310) 577-0870
>
> CONFIDENTIALITY:Transmission may be subject to Attorney-Client Privilege, an
> attorney work product, or strictly confidential. If you are not the intended
> recipient of this message, you may not disclose, print, copy or disseminate
> this information.

--
Lara Shapiro, Attorney At Law
4344 Promenade # 207
Marina del Rey, CA 90292
Tel: (310) 577-0870

CONFIDENTIALITY:Transmission may be subject to Attorney-Client Privilege, an attorney work product, or strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information.

EXHIBIT "C"

EXHIBIT "C"

   Lara Shapiro <shapiro.lara@gmail.com>

## Re: Arroyo v. APM
1 message

**Lara Shapiro** <shapiro.lara@gmail.com>                                                                Fri, Sep 7, 2018 at 8:40 AM
To: Elliott Montgomery <elliottm@potterhandy.com>
Cc: Wesley Cwiklo <wesleyc@potterhandy.com>, Tanpreet Pannu <tanpreetp@potterhandy.com>, Jennifer McAllister <jenniferm@potterhandy.com>, Desiree Mercader <desireem@potterhandy.com>, sarag@potterhandy.com

> Received, thank you. Lara
>
> On Thu, Sep 6, 2018 at 5:40 PM Elliott Montgomery <elliottm@potterhandy.com> wrote:
>
>> Ms. Shapiro,
>>
>> I'm writing to follow up on your discussion with my colleague Ms. Gunderson.
>>
>> Please find attached Plaintiff's expert's report. Let me know if you have any difficulty opening the file. The same will be mailed, along with Ms. Kent's CV and Rate Sheet tomorrow.
>>
>> Thanks,
>>
>> Elliott Montgomery
>> Attorney
>>
>> ElliottM@PotterHandy.com
>>
>> Ph: (858) 375-7385
>> Fx: (888) 422-5191
>> POTTER HANDY, LLP
>>
>> **Mailing Address:**
>> **P.O. Box 262490**
>> **San Diego, CA 92196-2490**
>>
>> Delivery Address:
>> 9845 Erma Road Suite 300
>> San Diego, CA  92131
>>
>> The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.
>>
>>
>> **From:** Lara Shapiro [mailto:shapiro.lara@gmail.com]
>> **Sent:** Friday, August 31, 2018 9:16 AM
>> **To:** Elliott Montgomery

**Cc:** Wesley Cwiklo ; Tanpreet Pannu ; Jennifer McAllister ; Desiree Mercader
**Subject:** Re: Arroyo v. APM

Thanks Elliott,

Sorry I was confused, yes, I will look for a communication from Sara maybe Tuesday?

Thank you and enjoy the holiday weekend.

Lara

On Thu, Aug 30, 2018 at 10:22 PM Elliott Montgomery <elliottm@potterhandy.com> wrote:

> Ms. Shapiro,
>
> I apologize for any confusion ? I?d intended for my colleague Sara Gunderson to speak with you regarding continuing the MSJ date as it was her schedule that would be impacted.
>
> I?ll let her know again that you?d like to meet and confer, and I?ve CC?d her on this email as well.
>
> Thanks,
>
> Elliott Montgomery
> Attorney
>
> ElliottM@PotterHandy.com
>
> Ph: (858) 375-7385
>
> Fx: (888) 422-5191
>
> POTTER HANDY, LLP
>
> **Mailing Address:**
>
> **P.O. Box 262490**
>
> **San Diego, CA 92196-2490**
>
> Delivery Address:
>
> 9845 Erma Road Suite 300
>
> San Diego, CA  92131
>
> The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

**From:** Lara Shapiro [mailto:shapiro.lara@gmail.com]
**Sent:** Thursday, August 30, 2018 5:20 PM
**To:** Elliott Montgomery <elliottm@potterhandy.com>
**Cc:** Wesley Cwiklo <wesleyc@potterhandy.com>; Tanpreet Pannu <tanpreetp@potterhandy.com>; Jennifer McAllister <jenniferm@potterhandy.com>; Desiree Mercader <desireem@potterhandy.com>
**Subject:** Re: Arroyo v. APM

Elliott,

After our conversation last week, you were going to have Jennifer get back to me re the dates for expert witness exchange and MSJ....but I haven't heard anything fro. You or Jennifer.

Please reply or call me tomorrow.

Otherwise I'll have to make a motion.

Thanks,

Lara

On Mon, Aug 20, 2018, 1:46 PM Lara Shapiro <shapiro.lara@gmail.com> wrote:

> Perfect. Thank you.
>
> On Mon, Aug 20, 2018 at 1:42 PM, Elliott Montgomery <elliottm@potterhandy.com> wrote:
>
>> Ms. Shapiro,
>>
>> How about this coming Friday at 10:30am?
>>
>> Thanks,
>>
>> Elliott Montgomery
>> Attorney
>>
>> ElliottM@PotterHandy.com
>>
>> Ph: (858) 375-7385
>>
>> Fx: (888) 422-5191
>>
>> POTTER HANDY, LLP
>>
>> **Mailing Address:**
>>
>> **P.O. Box 262490**
>>
>> **San Diego, CA 92196-2490**
>>
>> Delivery Address:
>>
>> 9845 Erma Road Suite 300
>>
>> San Diego, CA  92131
>>
>> The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any

penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

**From:** Lara Shapiro [mailto:shapiro.lara@gmail.com]
**Sent:** Monday, August 20, 2018 11:25 AM
**To:** Elliott Montgomery <elliottm@potterhandy.com>
**Cc:** Wesley Cwiklo <wesleyc@potterhandy.com>; Tanpreet Pannu <tanpreetp@potterhandy.com>; Jennifer McAllister <jenniferm@potterhandy.com>; Desiree Mercader <desireem@potterhandy.com>
**Subject:** Re: Arroyo v. APM

Okay, I am in court tomorrow all day (Santa Ana in the morning and downtown Los Angeles in the afternoon) so how about Wednesday after 10 am or Thursday anytime after 10 am or Friday anytime after 10 am?

On Mon, Aug 20, 2018 at 10:54 AM, Elliott Montgomery <elliottm@potterhandy.com> wrote:

> Ms. Shapiro,
>
> Unfortunately, I'm not going to be available this morning as my computer is broken and I'm told it won't be repaired until between 12-2.
>
> If it's repaired by 1 I'm happy to give you a call then, but otherwise it'll have to be later this afternoon or some other day this week.
>
> Thanks,
>
> Elliott Montgomery
>
> Get Outlook for Android
>
> ---
>
> **From:** Lara Shapiro <shapiro.lara@gmail.com>
> **Sent:** Monday, August 20, 2018 10:39:46 AM
> **To:** Elliott Montgomery
> **Cc:** Wesley Cwiklo; Tanpreet Pannu; Jennifer McAllister; Desiree Mercader
> **Subject:** Re: Arroyo v. APM
>
> Elliott,
>
> I am sorry, and I am not trying to be difficult, but my appointment (for a difficult and sensitive issue) has been continued from 10 am today to 2:30 pm.
>
> Can we speak between 11:30 and 1:30?
>
> Lara
>
> On Mon, Aug 20, 2018 at 9:50 AM, Elliott Montgomery <elliottm@potterhandy.com> wrote:
>
>> Ms. Shapiro,
>>
>> Yes, 2:30 today is fine. I'll look for your call then.
>>
>> Thanks,
>>
>> Elliott Montgomery
>>
>> Get Outlook for Android
>>
>> ---
>>
>> **From:** Lara Shapiro <shapiro.lara@gmail.com>
>> **Sent:** Saturday, August 18, 2018 12:18:48 PM
>> **To:** Elliott Montgomery
>> **Cc:** Wesley Cwiklo; Tanpreet Pannu; Jennifer McAllister; Desiree Mercader
>> **Subject:** Re: Arroyo v. APM
>>
>> Hi Elliott,

Thank you. I would like to discuss with you.

Would Monday at 2:30 pm work?

Lara

On Fri, Aug 17, 2018, 5:50 PM Elliott Montgomery <elliottm@potterhandy.com> wrote:

> Ms. Shapiro,
>
> I apologize for not responding sooner.
>
> Generally speaking, I do not provide the reports of Plaintiff?s expert until the time set for their disclosure either by the Court or the Federal Rules. Per the Court?s December 21, 2017, Scheduling Order in Arroyo v. APM, the date for Initial Expert Disclosures is September 14, 2018. Similarly, the deadline to exchange expert reports in Langer v. T C Investment isn?t until November 5, 2018.
>
> Although Plaintiff is not required to provide his Expert?s reports before those dates, I am happy to meet and confer with you further regarding the report to discuss early disclosure for the purpose of encouraging settlement in these matters.
>
> I will be available to discuss on the phone anytime next Monday, and if that doesn?t work I can find other time later in the week.
>
> Thanks,
>
> Elliott Montgomery
> Attorney

--
Lara Shapiro, Attorney At Law
4344 Promenade # 207
Marina del Rey, CA 90292
Tel: (310) 577-0870

CONFIDENTIALITY:Transmission may be subject to Attorney-Client Privilege, an attorney work product, or strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information.

**2 attachments**


image001.jpg
13K


image001.jpg
13K

# PROOF OF SERVICE

**ARROYO V. APM INVESTMENTS, LLC**
**2:17-cv-03922-AB-FFM**

I, LARA SHAPIRO, am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and am not a party to the within action. My business address is 4344 Promenade Way, Unit 207, Marina del Rey, CA 90292.

On September 17, 2018, I served the foregoing document(s) described as **DEFENDANT APM INVESTMENTS, LLC'S OBJECTION TO THE MOTION FOR SUMMARY JUDGMENT AND DECLARATION OF LARA SHAPIRO** on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

Gene H. Shioda & James A. Kim
LAW OFFICE OF GENE H. SHIODA
5757 West Century Blvd., Suite 700
Los Angeles, CA 90045
Email: lawofficeofghs@yahoo.com

Phyl Grace, Esq.
CENTER FOR DISABILITY ACCESS
PO Box 262490
San Diego, CA 92196
E-mail: sarag@potterhandy.com
E-mail: phylg@potterhandy.com

[X] BY ECF NOTIFICATION: I filed this document electronically with PACER/ECF and stated parties received notification by e-mail from the ECF filing system.

Executed on September 17, 2018, at Marina del Rey, CA.

[X]   STATE   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Lara Shapiro*

_____
LARA SHAPIRO

Case No. 2:17-cv-03922-AB-FFM   DEFENDANT APM INVESTMENTS LLC'S OBJECTION TO THE MOTION FOR SUMMARY JUDGMENT AND DECLARATION OF LARA SHAPIRO