Lara R. Shapiro (SBN 227194)
4344 Promenade Way, Unit 207
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351
Shapiro.lara@gmail.com

Attorney for Defendant, APM Investments, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**Rafael Arroyo, Jr.,**

Plaintiff,

v.

**APM Investments, LLC, a California Limited Liability Company; Jintana Noochla,** and Does 1-10

Defendants**.**

CASE NO. 2:17-cv-03922-AB-FFM

DEFENDANT APM INVESTMENTS, LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO THE SUMMARY JUDGMENT MOTION [MEMORANDUM OF POINTS AND AUTHORITIES FILED CONCURRENTLY HEREWITH]

Motion Service Date: September 14, 2018
Hearing Date Noticed: September 19, 2018

**TO THE HONORABLE TERRY A. HATER, JR., UNITED STATES DISTRICT JUDGE: PLEASE TAKE NOTICE** that pursuant to Fed. R. Evid. 201, Defendant APM Investments, LLC respectfully requests this Court take judicial notice of the following:

1. Plaintiff's Complaint – filed by Plaintiff Rafael Arroyo, Jr. on May 24, 2017, Dkt. No. 1.

Case No. 2:17-cv-03922-AB-FFM DEFENDANT APM INVESTMENTS LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Dated: September 24, 2018

LARA SHAPIRO

By: ___/s/_Lara Shapiro______

Lara Shapiro, Attorney for APM Investments LLC

**PROOF OF SERVICE**

**ARROYO V. APM INVESTMENTS, LLC**
**2:17-cv-03922-AB-FFM**

I, LARA SHAPIRO, am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and am not a party to the within action. My business address is 4344 Promenade Way, Unit 207, Marina del Rey, CA 90292.

On September 24, 2018, I served the foregoing document(s) described as **DEFENDANT APM INVESTMENTS, LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

Gene H. Shioda & James A. Kim
LAW OFFICE OF GENE H. SHIODA
5757 West Century Blvd., Suite 700
Los Angeles, CA 90045
Email: lawofficeofghs@yahoo.com

Phyl Grace, Esq.
CENTER FOR DISABILITY ACCESS
PO Box 262490
San Diego, CA 92196
E-mail: sarag@potterhandy.com
E-mail: phylg@potterhandy.com

[X] BY ECF NOTIFICATION: I filed this document electronically with PACER/ECF and stated parties received notification by e-mail from the ECF filing system.

Executed on September 24, 2018, at Marina del Rey, CA.

[X] STATE I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Lara Shapiro*

LARA SHAPIRO

Case No. 2:17-cv-03922-AB-FFM DEFENDANT APM INVESTMENTS LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT